# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

TONYA ERIN STEVENS,

    Plaintiff,                           CASE NO. 4:19-cv-00011-ALM-KPJ

v.

CONN APPLIANCES, INC.,

    Defendant.

_____/

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Tonya Erin Stevens, hereby files this, her Motion to Dismiss With Prejudice in connection with the above entitled and numbered cause and respectfully moves this Court for an Order of Dismissal With Prejudice and would show this Court as follows:

The parties have resolved their dispute and no longer desire to continue with litigation and therefore respectfully request that this matter be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Court enter an Order of Dismissal in this cause of action, with prejudice as to the re-filing of claims.

Respectfully submitted,

Ciment Law Firm, PLLC

/s/ Daniel J. Ciment
_____
Daniel J. Ciment
Texas Bar No. 24042581
24275 Katy Freeway, Suite 400
Katy, TX 77494
833-663-3289 – phone
855-855-9830 – fax

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2020, a copy of the foregoing document was filed with the Court via the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

*s/ Daniel Ciment*

Daniel Ciment, Esquire